UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br>Plaintiff,<br>- vs -<br>FRENCH QUARTER DAIQUIRIS, LLC, *et al.*,<br>Defendants. | CASE NO.: 3:26-cv-00215-D |

**DEFAULT JUDGMENT**

Upon consideration of Plaintiff, Joe Hand Promotions, Inc.'s Motion for Default Judgment against Defendant, Christopher B. Clouse ("Motion"), the accompanying Supporting Brief thereof, the evidence, the pleadings on file, and the relevant authorities, the Court concludes that Plaintiff has established it is an aggrieved party under the Federal Communications Act and recognizes Plaintiff's election to seek statutory damages under 47 U.S.C. § 605.

The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendant, Christopher B. Clouse, a/k/a Chris Clouse ("Defendant, Clouse") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Complaint are deemed admitted against Defendant, Clouse; that Defendant, Clouse is individually liable for the violation of 47 U.S.C. § 605; that Defendant, Clouse exhibited the pay-per-view broadcast of the *Ultimate Fighting Championship® 285: Jon Jones vs. Ciryl Gane* mixed martial arts match, including all undercard bouts and commentary, telecast on March 4, 2023 (the "Program") without authorization from Plaintiff; and that Defendant, Clouse's actions were willful and for purposes of direct or indirect

commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, as follows:

1. Judgment by default is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendant, CHRISTOPHER B. CLOUSE, a/k/a CHRIS CLOUSE,

2. Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendant, Clouse in the amount of $10,000.00.

3. Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendant, Clouse in the amount of $30,000.00.

4. Plaintiff hereby recovers reasonable attorney's fees from Defendant, Clouse in the amount of $2,787.50.

5. Plaintiff hereby recovers costs from Defendant, Clouse in the amount of $450.00.

6. The Court also awards to Plaintiff post-judgment interest from Defendant, Clouse on the amounts awarded herein at an annual rate of ________ from the date of this judgment until paid.

7. All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any writ of execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

SO ORDERED.

SIGNED this ______ day of ____________, 2026 in Dallas, Texas.

______________________________
SIDNEY A. FITZWATER
SENIOR UNITED STATES DISTRICT JUDGE