IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:26-CV-0215-D |
| VS. | § | |
| | § | |
| FRENCH QUARTER DAIQUIRIS, LLC, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The clerk of court having entered a default on June 22, 2026, plaintiff's motion for default judgment against defendant Christopher B. Clouse, a/k/a Chris Clouse ("Clouse"), is granted as set forth in this judgment. Accordingly, it is ordered and adjudged that plaintiff recover judgment against Clouse as follows.

Plaintiff shall recover statutory damages, pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), in the sum of $10,000; additional damages, pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), in the sum of $30,000; attorney's fees in the sum of $2,787.50; and post-judgment interest on the foregoing sums at the rate of 4.24% per annum.

Plaintiff's taxable costs of court, as calculated by the clerk of court, are taxed against Clouse.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas September 22, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE